# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Robert Eugene Johnson | ) Case No: 3:94CR126-13 |
| | ) USM No: 11371-058 |
| Date of Previous Judgment: 06/26/1995 | ) Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 39 | Amended Offense Level: | 37 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 262 to 327 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   The Court finds that the defendant is subject to the 2007 retroactive Crack Cocaine Amendment and therefore, eligible for a sentence reduction. Consistent with 18 U.S.C. § 3582(c)(2), the Court considered the factors set forth in 18 U.S.C. § 3553(a), as well as public safety and post-sentence conduct. Based on these factors the Court finds that a reduction of the defendant's sentence would not accomplish the goals of sentencing, particularly considering the unusually substantial downward departure the Defendant has already been allowed.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  06/26/1995  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  July 9, 2008

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge