# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 3:94CR126-13 |
| Robert Eugene Johnson | ) | USM No: 11371-058 |
| Date of Previous Judgment: 06/26/1995 | ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.  ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 39 | | Amended Offense Level: 37 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: 324 to 405 months | | Amended Guideline Range: 262 to 327 months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain): The Court finds that the defendant is subject to the 2007 retroactive Crack Cocaine Amendment and therefore, eligible for a sentence reduction.  Consistent with 18 U.S.C. § 3582(c)(2), the Court considered the factors set forth in 18 U.S.C. § 3553(a), as well as public safety and post-sentence conduct.  Based on these factors the Court finds that a reduction of the defendant's sentence would not accomplish the goals of sentencing, particularly considering the unusually substantial downward departure the Defendant has already been allowed .

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 06/26/1995 shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  July 9, 2008

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge